ELIZABETH C. BROWN *vs.* HOWARD J. WRIGHT ET AL.

Third Judicial District, Bridgeport, October Term, 1923.
WHEELER, C. J., BEACH, CURTIS, KEELER and WOLFE, Js.

*Brown* v. *Wright, ante,* p. 193, affirmed and followed.

Argued November 2d—decided December 13th, 1923.

ACTION to recover damages for personal injuries alleged to have been caused by the negligence of the defendants, brought to the Superior Court in New Haven County and tried to the jury before *Jennings, J.;* verdict and judgment for the plaintiff for $2,500, against the defendants other than Wright, and in his favor, from which the losing defendants appealed. *No error as to the defendants Julia Shea and Dennis Donovan; error and new trial ordered as to the defendant William J. Donovan.*

*Alfred C. Baldwin* and *Daniel L. O'Neil,* for the appellants (defendants William J. and Dennis Donovan, and Julia Shea).

*Charles S. Hamilton*, with whom, on the brief, was *Henry Dryhurst*, for the appellee (plaintiff).

PER CURIAM.   This action arose out of the same automobile collision as that dealt with in the preceding case of Peter H. Brown against the same defendants. The two cases were tried together, and identical questions were raised on each appeal.

For the reasons stated in Peter H. Brown *v.* Howard J. Wright *et als., ante*, p. 193, there is error, the judgment is set aside and new trial ordered as to William J. Donovan. There is no error as to Julia Shea and Dennis Donovan.